**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RAY ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM SEELEY, et al.,<br><br>        Defendants. | Case No. 2:24-cv-00199-JAD-BNW<br><br>**ORDER** |

This matter is before the Court on the return of Plaintiff's mail. ECF Nos. 20–21. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. Public records indicate that Plaintiff has moved to the Lovelock Correctional Center. The Court will send a copy of this Order. The Court notes that its previous order required Plaintiff to update his address by September 30, 2024. ECF No. 19. However, because Plaintiff has not received this order, the Cout will extend the deadline to **October 31, 2024.**

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **October 31, 2024.**

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order may result in a recommendation that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff at the below address: (1) a copy of this Order.

**Ray Anderson**
**#1012923**
1200 Prison Rd., Lovelock, NV 89419

DATED: October 1, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE