# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Ray Anderson,

    Plaintiff

v.

Adam Seely, et al.,

    Defendants

Case No.: 2:24-cv-00199-JAD-BNW

**Order Directing Clerk of Court to Mail and Email Recent Filings to Plaintiff at Lovelock Correctional Center**

[ECF Nos. 13, 14, 16, 22]

In early September 2024, the defendants in this civil-rights action filed a motion to dismiss this case. The court is aware that, at around that time, the Nevada Department of Corrections was engaged in the mass transfer of thousands of inmates housed in various prisons throughout the state. Plaintiff Ray Anderson may have been part of that transfer, as it appears that he was moved from Southern Desert Correctional Center (SDCC) to Lovelock Correctional Center during the same time period. Since September 10, 2024, all mail sent to Anderson at SDCC has been returned as undeliverable.[1] On October 1, 2024, the magistrate judge ordered Anderson to update his address with the court.[2] To ensure that Anderson has received all of these filings,

**The Clerk of Court is directed to MAIL and EMAIL** (1) the defendants' motion to dismiss [ECF No. 13]; (2) the defendants' request for judicial notice [ECF No. 14]; (3) the court's minute order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland*

---

[1] ECF Nos. 17, 18, 20, 21, 23.

[2] ECF No. 22.

[ECF No. 16]; and (4) the magistrate judge's order directing Anderson to update his address [ECF No. 22] to the following addresses:

- Ray Anderson, #1012923
  1200 Prison Rd.,
  Lovelock, NV 89419

- lcclawlibrary@doc.nv.gov

**IT IS FURTHER ORDERED** that I sua sponte extend Anderson's deadline to respond to the defendants' motion to dismiss. Anderson's response is now due **by October 31, 2024**.

Anderson is advised that **he remains responsible for updating his address** with this court under Local Rule IA 3-1. His deadline to do so remains **October 31, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
October 4, 2024